**STATE v. RUBIO**

[358 N.C. 138 (2004)]

STATE OF NORTH CAROLINA v. ROMAN RUBIO

No. 154PA03

(Filed 6 February 2004)

On writ of certiorari issued 2 April 2003 pursuant to N.C.G.S. § 7A-32(b) to review an order entered 11 March 2003 by Judge Chester C. Davis in District Court, Forsyth County, declaring N.C.G.S. § 7A-455.1 unconstitutional and enjoining the Clerk of Superior Court for said county from collecting the appointment fee and entering civil judgments pursuant to N.C.G.S. § 7A-455.1(b). Heard in the Supreme Court 11 September 2003.

*Roy Cooper, Attorney General, by Norma S. Harrell, Special Deputy Attorney General, for the State-appellant.*

*Paul James, Assistant Public Defender; and Donald Tisdale, Chris Clifton, and Mireille P. Clough for defendant-appellee.*

PER CURIAM.

Pursuant to this Court's opinion in *State v. Webb*, 358 N.C. 92, —— S.E.2d —— (Feb. 6, 2004) (No. 157PA03), the decision of the trial court is affirmed as modified.

AFFIRMED AS MODIFIED.